United States District Court
Southern District of Texas
**ENTERED**
December 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **Criminal Case No. 4:21-CR-00477** |
| § | |
| **JULIUS JOACHIM OHUMOLE** § | |

### ORDER

Pending before the Court is Defendant Julius Joachim Ohumole's *pro se* Motion for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). (Dkt. No. 41).

Defendant seeks a sentence reduction under Part B of Amendment 821 to the United States Sentencing Guidelines, which creates a new guideline that provides for a decrease of two offense levels for offenders with zero criminal history points whose offense did not involve specific aggravating factors. *See* U.S.S.G. § 4C1.1. Part B applies retroactively; however, there is a 3-month delay in implementation, meaning that orders granting relief must have an effective date no earlier than February 1, 2024.

Defendant's criminal history score was one. (PSR, 4:19-CR-918, Dkt. No. 46, ¶¶ 70–71). He therefore receives no benefit from Amendment 821.

Accordingly, Defendant's Motion for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

It is SO ORDERED.

Signed on December 28, 2023.

                                                             _____
                                                                               **DREW B. TIPTON**
                                                            **UNITED STATES DISTRICT JUDGE**